UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 10 PM 12:08

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. '08 MJ 0750 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF |
| Sophia Angelic ARIAS-Cortez | Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- Bringing in Illegal Aliens Without Presentation |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about **March 6, 2008**, within the Southern District of California, defendant **Sophia Angelic ARIAS-Cortez**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Denis Isela PEREZ-Gonzalez**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence, this **10th** day of **March, 2008**.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Elizabeth Rangel-Machuca, declare under penalty of perjury the following to be true and correct:

The complainant states that **Denis Isela PEREZ-Gonzalez** is a citizen of a country other than the United States, that said alien have admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United

On March 6, 2008, at approximately 11:05 PM., **Sophia Angelic ARIAS-Cortez (Defendant)** made application for admission into the United States at the San Ysidro, California Port of Entry as the driver and sole visible occupant of a 1996 Doge Caravan with counterfeit License Plate. Defendant presented a California Driver License and Birth Certificate as proof of identity and citizenship to a Customs and Border Protection (CBP) Officer. Defendant gave a negative customs declarations, when asked, if she was brining anything. The CBP Officer inspected the vehicles plates closer and determined the plates to be counterfeit. As a result the CBP Officer escorted the vehicle and Defendant to Vehicle to Secondary.

In secondary, a CBP Officer conducted a cursory inspection of the vehicle and upon opening the glove box compartment; he noticed what appeared to be a human being. The human being appeared to be trapped and unable to extricate. CBP Officers lifted and removed the dashboard, allowing access to the special built compartment. One female was discovered lying on her back, in a fetus position, with her head pointed towards the right and feet pointed towards the steering wheel. The female was assisted out of the special built compartment and was determined to be citizen of Mexico. The female is retained as material witness and now identified as: **Denis Isela PEREZ-Gonzalez (Material witness).**

On a separate interview, Material witness admitted she is a citizen of Mexico without having been officially granted immigration benefits that would otherwise, allow her to legally enter, reside and take employment in the United States. Material witnesses stated she agreed to the smuggling arrangements and agreed to pay a fee of $2,500.00 to be smuggled in the United States. Material witness stated she intended to travel to further into California and possibly Washington.

Executed on this 7th day of March 2008 at 1500

_____
Elizabeth Rangel-Machuca / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page(s), I find probable cause to believe that the defendant named therein committed the offense on **March 6, 2008** in violation of Title 8, United States Code, Section 1324.

_____
United States Magistrate Judge

3/8/08 - 1254 PM
DATE / TIME